IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HILDA SARKISYAN, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | No. 10-3901 |
| CIGNA CORPORATION, et al. | : | |

## ORDER

AND NOW, this 28th day of September, 2012, the "Motion for Summary Judgment of Defendant CIGNA Corporation" (docket no. 35) is granted and summary judgment is entered in favor of defendant.[1] A memorandum under seal accompanies this order.

BY THE COURT:

/s/ Edmund V. Ludwig
Edmund V. Ludwig, J.

---

[1] This order disposes of defendant's motion at docket no. 36, filed under seal, which includes defendant's memorandum in support of its motion and record evidence. It also disposes of defendant's motion at docket no. 57, an unsealed copy of the motion and memorandum, redacted in accordance with an order entered February 3, 2012, at docket no. 54. Defendant's "Motion to File Documents Under Seal" (docket no. 48) is denied as moot, the documents at issue having been filed under seal at docket no. 50.